TAMARA A. SHOCKLEY *v.* EDWARD C. OKEKE

The defendant's petition for certification for appeal from the Appellate Court, 92 Conn. App. 76 (AC 25935), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court lacked subject matter jurisdiction over the appeal from the Probate Court?"

The Supreme Court docket number is SC 17631.

*Edward C. Okeke*, pro se, in support of the petition.

*Tamara A. Shockley*, pro se, in opposition.

Decided March 14, 2006

STATE OF CONNECTICUT *v.* RONALD SCHIAVO

The defendant's petition for certification for appeal from the Appellate Court, 93 Conn. App. 290 (AC 24267), is denied.

*Timothy H. Everett* and *Todd D. Fernow*, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided March 14, 2006